UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————

| | |
|---|---|
| MORGAN STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-687 |
| ) | |
| COMMISSIONER OF ) | Honorable Phillip J. Green |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: March 6, 2019            /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge